Nos. 25-1413 / 25-1414

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

MARY DOE; JOHN DOE A; JOHN DOE B; JOHN DOE C; JOHN DOE D; JOHN DOE E; JOHN DOE G; JOHN DOE H; MARY ROE;
*Plaintiffs - Appellants Cross-Appellees*

v.

GRETCHEN WHITMER, Governor of the State of Michigan; JAMES GRADY, II, Colonel;

*Defendants - Appellees Cross-Appellants*

On Appeal from the United States District Court
for the Eastern District of Michigan,
Case No. 2:22-cv-10209 (Hon. Mark A. Goldsmith)

# MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

## OF LAW PROFESSORS WILLIAM ARAIZA, ERIC JANUS, AND SANDRA MAYSON IN SUPPORT OF PLAINTIFFS' EQUAL PROTECTION AND SUBSTANTIVE DUE PROCESS CLAIMS

SARAH PRESCOTT (P70510)
*Counsel of Record for Law Professors*
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
105 East Main Street
Northville, MI 48167
(248) 679-8711
*prescott@sppplaw.com*

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF[1]

Amici, William Araiza, Eric Janus, and Sandra Mayson, are law professors with research and teaching interests that encompass the constitutional questions raised in this case. Amici have an interest in the sound application and development of constitutional jurisprudence in this field, and respectfully move the Court for leave to file the accompanying brief as *amici curiae,* in support of Plaintiffs' Equal Protection and Substantive Due Process Claims. Plaintiffs-Appellees consented to the filing of this brief. Defendants-Appellees Cross Appellants, Gretchen Whitmer and James Grady II, also consented to the filing of this brief.

Amici respectfully request that the Court consider the brief's analysis of the analytical framework applicable to Plaintiff-Appellees' equal-protection and substantive-due-process challenges to Michigan's Sex Offender Registration Act ("SORA"). As scholars of constitutional law who have researched and authored relevant scholarship, Amici hope to assist the Court's deliberations by synthesizing what they see as the history and case law most applicable to these claims. (The brief does not address the plaintiffs' other claims.)

Amici assert that both the Equal Protection Clause and substantive due process forbid irrational legislation that is motivated by resentment or prejudice. As the case law illustrates, indications that a challenged law might be driven by

[1] The views expressed herein are the personal views of Amici. Affiliations are provided for identification purposes only. No counsel for a party has authored this brief in whole or in part, and no person other than amici curiae and their counsel has made a monetary contribution to the preparation or submission of this brief. See FRAP 29(4)(E).

irrational fear or prejudice warrant a close look. This is true even when no suspect classification or fundamental right is at issue. In such cases, both the Supreme Court and this Court have carefully assessed the government's proffered justification(s) to ensure that the law is rationally crafted to achieve legitimate governmental goals.

Amici urge the Court to recognize that Michigan's SORA has such features of possible animus, and to carefully consider whether Michigan's proffered justifications offer rational support for the extreme features of SORA. In particular, they urge this Court to assess whether Michigan has provided a rational justification for the automatic imposition of permanent or near-permanent registration for many thousands of Michiganders subject to the registry, with no path whatsoever toward rehabilitation, redemption, and release.

For the foregoing reasons, the Court should grant *amici curiae* leave to file the accompanying brief.

Respectfully submitted,

Dated: October 1, 2025

/s/Sarah Prescott

Sarah Prescott (P70510)
*Counsel of Record for Law Professors*
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
105 East Main Street
Northville, MI 48167
(248) 679-8711
*prescott@sppplaw.com*

**CERTIFICATE OF COMPLIANCE**
**WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font.

Respectfully submitted,

Dated: October 1, 2025

/s/Sarah Prescott
Sarah Prescott (P70510)
*Counsel of Record for Law Professors*
SALVATORE PRESCOTT
PORTER & PORTER, PLLC
105 East Main Street
Northville, MI 48167
(248) 679-8711
*prescott@sppplaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I caused a copy of the foregoing document(s) to be electronically filed with the Clerk of the Court using the Court's ECF system which will send notification of such filing to the attorneys of record.

/s/ Sarah Prescott
Sarah Prescott